IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS WILLIAM WITMER,<br><br>Defendant. | CR 24-105-BLG-SPW<br><br>ORDER |
|---|---|

Pending before the Court is the United States' Unopposed Motion to Dismiss the Indictment Without Prejudice (Doc. 70). For good cause being shown,

**IT IS HEREBY ORDERED** that the United States' Motion (Doc. 70) is **GRANTED.** The indictment against Curtis William Witmer in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that the Trial presently set for December 1, 2025 at 9:00 a.m. is **VACATED.**

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Services of the making of this Order.

DATED this 23rd day of October, 2025.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge